TERRY A. DAKE, LTD.
20 E. Thomas Rd.
Suite 2200
Phoenix, Arizona 85012-3133
Telephone: (602) 701-1005
tdake@cox.net

Terry A. Dake - 009656

Attorney for Trustee

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | In Chapter 7 Proceedings |
| | ) | |
| PATRICIA DIANE MCSHANE; | ) | Case No. 3:17-BK-01903-DPC |
| | ) | |
| Debtor. | ) | |
| | ) | |
| LAWRENCE J. WARFIELD, TRUSTEE | ) | **Adversary No. 3:17-AP-215** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN ALLEN CASPER, II, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, **Terry A. Dake**
of *TERRY A. DAKE, LTD.*
   20 E. Thomas Rd.
   Suite 2200
   Phoenix, Arizona  85012-3133

certify:

   I am, and all times hereinafter mentioned was, more than 18 years of age;

   On April 11, 2017, I served a copy of the Summons issued on April 11, 2017, together with the Complaint filed in this proceeding, by mailing those papers via the United States Postal Service, to the following persons at the addresses indicated:

```
 1  John Allen Casper, II
    1404 E. Tina Circle
 2  Williams, AZ 86046-8312

 3  John Allen Casper, II
    797 E. Hoctor Rd.
 4  Williams, AZ 86046

 5
        I certify under penalty of perjury that the foregoing is true and
 6  correct.

 7
    Executed on April 11, 2017.
 8

 9
     /s/ TD009656
10  Terry A. Dake
```