# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

### Hearing Information:

| | |
|---|---|
| **Debtor:** | PATRICIA DIANE MCSHANE |
| **Case Number:** | 3:17-BK-01903-DPC  **Chapter:** 7 |
| **Date / Time / Room:** | MONDAY, SEPTEMBER 11, 2017 01:30 PM   6TH FLOOR #603 |
| **Bankruptcy Judge:** | DANIEL P. COLLINS |
| **Courtroom Clerk:** | RHONDA VAUGHAN |
| **Reporter / ECR:** | RENEE BRYANT |

### Matter:

ADV: 3-17-00215

LAWRENCE J. WARFIELD vs JOHN ALLEN CASPER

ORAL ARGUMENT ON MOTION FOR PARTIAL SUMMARY JUDGMENT FILED BY TERRY A. DAKE OF TERRY A. DAKE, LTD. ON BEHALF OF LAWRENCE J. WARFIELD.

R / M #:   9 / 0

### Appearances:

TERRY A. DAKE, ATTORNEY FOR LAWRENCE J. WARFIELD
ADAM E. HAUF, ATTORNEY FOR JOHN ALLEN CASPER

### Proceedings:

Mr. Dake presents his oral arguments on the Motion for Summary Judgment. He requests the Court authorize the Trustee to proceed with a sale of the Hoctor property. Mr. Dake advises he has no objection to a two week continuance to allow additional briefing on the 363(h) issues.

Mr. Hauf responds and argues the Debtor has met the burden required by 11 U.S.C. 363(h). He references Exhibit 2 Contract for Deed attached to the Debtor's response. Mr. Hauf argues there is a genuine issue of fact and requests an additional 30 days to file a supplemental response.

COURT:  IT IS ORDERED MR. HAUF SHALL HAVE UNTIL CLOSE OF BUSINESS SEPTEMBER 25, 2017, TO FILE A SUPPLEMENTAL BRIEF; MR. DAKE SHALL HAVE UNTIL OCTOBER 2, 2017, TO FILE A REPLY.

IT IS FURTHER ORDERED SETTING CONTINUED ORAL ARGUMENT ON OCTOBER 5, 2017, AT 11:00 A.M.